UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROD IRELAND,                            )
                                        )  NO. CV-08-2707-LRS
          Plaintiff,                    )
                                        )  **ORDER ALLOWING**
                                        )  **PLAINTIFF TO PROCEED**
     v.                                 )  *IN FORMA PAUPERIS*,
                                        )  *INTER ALIA*
SOLANO COUNTY JAIL                      )
MEDICAL, DOCTOR RAVINDER                )
KADEVAR,                                )
                                        )
                                        )
          Defendants.                   )
_____ )

Plaintiff is a Solano County prisoner proceeding *pro se*. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis*.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been found without funds for six months and currently is without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to his prison trust account. These payments shall be collected and forwarded by the

**ORDER ALLOWING PLAINTIFF TO
PROCEED** *IN FORMA PAUPERIS*, *INTER ALIA* -    1

1  appropriate agency to the Clerk of the Court each time the amount in Plaintiff's
2  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3       Plaintiff's Complaint appears to state a cognizable claim for relief pursuant
4  to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(A)(b), in that it appears if the
5  allegations of the Complaint are proven, Plaintiff has a reasonable opportunity to
6  prevail on the merits of this action.  This finding, however, does not preclude
7  Defendants from filing a 12(b)(6) motion to dismiss.
8       In accordance with the above, **IT IS HEREBY ORDERED THAT**:
9       1.  Plaintiff's *Application To Proceed In Forma Pauperis* (Ct. Rec. 2) is
10 **GRANTED**.
11      2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this
12 action.  The fee shall be collected and paid in accordance with the court's order to
13 the Solano County Sheriff's Department filed concurrently herewith.
14      3.  Service is appropriate for the following Defendants: Solano County Jail
15 and Dr. Ravinder Kadevar.
16      4.  The Clerk of the Court shall send the Plaintiff two USM-285 forms, one
17 summons, an instruction sheet, and a copy of the Complaint filed November 12,
18 2008.
19      5.  Within thirty (30) days from the date of this order, Plaintiff shall
20 complete the attached Notice of Submission of Documents and submit the
21 following documents to the court:
22          a.  The completed Notice of Submission of Documents;
23          b.  One completed summons;
24          c.  One completed USM-285 form for each Defendant listed in
25 number 3 above; and
26          d.  Three copies of the endorsed complaint filed November 12, 2008.
27
28

**ORDER ALLOWING PLAINTIFF TO
PROCEED** *IN FORMA PAUPERIS***,** *INTER ALIA* **-    2**

1  6. Plaintiff need not attempt service on Defendants and need not request
2 waiver of service.  Upon receipt of the above-described documents, the court will
3 direct the United States Marshal to serve the above-named Defendants pursuant to
4 Fed. R. Civ. P. 4 without payment of costs.

5 **DATED** this  19th  day of December, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER ALLOWING PLAINTIFF TO**
**PROCEED** *IN FORMA PAUPERIS*, *INTER ALIA* -    3