UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROD IRELAND,

    Plaintiff,

v.

SOLANO COUNTY JAIL, et al.,

    Defendant.

NO. CV-08-2707-LRS

**ORDER DENYING MOTIONS**

Plaintiff has filed Motions For Appointment Of Counsel (Ct. Rec. 30 and 35) and Motions For Extension Of Time (Ct. Rec. 31 and 33).

This case is in its infancy. At this point, evaluating the likelihood of Plaintiff succeeding on the merits of his claim is premature. The legal issue presented - deliberate indifference to medical needs- is not complex and thus far, Plaintiff has exhibited an ability to adequately articulate his claim. Therefore, at this time, the court finds there are not exceptional circumstances warranting designation of counsel pursuant to 28 U.S.C. §1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). As this case proceeds further, the court will consider whether circumstances have changed sufficiently to warrant appointment of counsel. The court is mindful that *pro se* plaintiffs, especially prisoners, face certain challenges that other litigants do not face. Even when a *pro se* prisoner plaintiff is not appointed counsel, arrangements can be made to insure the plaintiff has the means of conducting reasonable discovery which he desires to conduct, and that he has reasonable access to legal materials that are necessary for the prosecution of his case. Plaintiff's Motions For Appointment Of Counsel (Ct. Rec.

**ORDER DENYING MOTIONS- 1**

30 and 35) are **DENIED**.

It is not necessary for the Plaintiff to file a Reply pleading to the Answers filed by Defendants (Ct. Rec. 25 and 26). Indeed, a Reply pleading is authorized only if the court orders one. Fed. R. Civ. P. 7(a)(7). Because Plaintiff has already filed such a Reply (Ct. Rec. 34), however, the court will *nunc pro tunc* authorize filing of the same. Plaintiff must understand, however, that he will not be able to rely on his pleadings in defense of any summary judgment motion filed by Defendants since pleadings do not constitute evidence which can be used to overcome summary judgment. If and when Defendants file a motion for summary judgment, Plaintiff will be notified of his responsibilities in responding to such a motion. Accordingly, Plaintiff's Motion To Extend Time for him to file a Reply to Defendants' Answers (Ct. Rec. 31) is **DISMISSED** as moot since the Plaintiff has already filed a Reply.

Plaintiff's Motion For Extension Of Time to file a status certificate (Ct. Rec. 33) is **DISMISSED as moot** since the telephonic scheduling conference has already been conducted, Plaintiff participated in the conference, and a scheduling order will be entered contemporaneously with the entry of this order.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward a copy to the Plaintiff and to counsel for Defendants.

**DATED** this   26th   day of January, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER DENYING MOTIONS- 2**