1
2
3
4
5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6    ROD IRELAND,                          )   NO. CV-08-2707-LRS
7                                          )
              Plaintiff,                   )   **ORDER VACATING**
8                                          )   **ORAL ARGUMENT**
9         v.                               )
                                           )
10    SOLANO COUNTY JAIL, et al.,          )
                                           )
11            Defendants.                  )
     _____        )

12
13        Defendants have filed a Motion For Summary Judgment (Ct. Rec. 44) and
14   noted the same for telephonic oral argument on October 7, 2010.  Pursuant to E.D.
15   of California Local Rule 230(g), the court will hear the motion upon the records
16   and the briefs.  Accordingly, the telephonic oral argument is **VACATED**.
17        **IT IS SO ORDERED**.  The District Court Executive is directed to enter
18   this order and forward a copy to the Plaintiff and to counsel for Defendants.
19        **DATED** this____23rd____day of September, 2010.
20
21                                         *s/Lonny R. Suko*
22                               _____
                                       LONNY R. SUKO
23                                 United States District Judge
24
25
26
27
28

**ORDER VACATING**
**ORAL ARGUMENT-**            **1**