UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROD IRELAND,

    Plaintiff,

v.

SOLANO COUNTY JAIL, et al.,

    Defendants.

NO. CV-08-2707-LRS

**ORDER DENYING MOTIONS**

Plaintiff's Motion For Imposition Of Sanctions (Ct. Rec. 40) is **DENIED** and Plaintiff's Motion For Leave To Seek Discovery (Ct. Rec. 41) is **DENIED as moot**. These motions were signed by the Plaintiff on January 29, 2010, and filed on February 4, 2010, just days after this court conducted a telephonic scheduling conference and entered a Scheduling Order (Ct. Rec. 38) on January 26, 2010. The *pro se* Plaintiff appeared at the conference. Defendant's counsel did not appear, but the court has no reason to believe counsel's non-appearance was anything other than inadvertent. The court chose to proceed with the conference. Most importantly, Plaintiff was not prejudiced by counsel's non-appearance at the scheduling conference. The Scheduling Order set a discovery deadline of September 7, 2010, and so the Plaintiff has been given adequate time to conduct discovery.

//
//
//

**ORDER DENYING MOTIONS-     1**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and forward a copy to the Plaintiff and to counsel for Defendants.

**DATED** this   24th   day of September, 2010.

> *s/Lonny R. Suko*
> _____
> LONNY R. SUKO
> United States District Judge

**ORDER DENYING MOTIONS-    2**