UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROD IRELAND,  )
                         ) NO. CV-08-2707-LRS
    Plaintiff,  )
                         ) **ORDER GRANTING**
  v.  ) **DEFENDANTS' MOTION**
                         ) **FOR SUMMARY JUDGMENT**
SOLANO COUNTY JAIL, et al.,  )
    Defendants.  )
_____ )

      On August 24, 2010, Defendants filed a Motion For Summary Judgment (Ct. Rec. 44), noting the same for hearing on October 7, 2010.

      Plaintiff has not filed a response to the motion.  A response was due no later than September 23, 2010, that being "not less than fourteen (14) days preceding the noticed (or continued) hearing date." E.D. Cal. Local Rule 230(c).  Plaintiff's failure to respond is construed as the Plaintiff not opposing the motion for summary judgment and his consent to entry of an order granting the same.  E.D. Cal. Local Rule 230(c) and (i).

      Based on the undisputed statement of material facts (Ct. Rec. 44-2)[1] and memorandum of points and authorities (Ct. Rec. 44-1) filed by the Defendants, Defendants' Motions For Summary Judgment (Ct. Rec. 44) is **GRANTED**.  The undisputed facts establish as a matter of law that Defendants were not deliberately indifferent to Plaintiff's serious medical needs in violation of the Eighth

---

[1] As supported by the Declaration of John Levin, M.D., (Ct. Rec. 44-16), and the Declaration of Karina Purcell, R.N. and exhibits attached thereto (Ct. Rec. 44-3).

Amendment to the U.S. Constitution.  Defendants are awarded summary judgment on Plaintiff's Eighth Amendment claims.

**IT IS SO ORDERED**.  The District Executive is directed to enter judgment accordingly and forward copies of the judgment and this order to Plaintiff and to counsel for Defendants.  This file shall be closed.

**DATED** this  7th  of October, 2010.

*s/Lonny R. Suko*
LONNY R. SUKO
United States District Judge